IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOHN WEBB**                                                                                           **PLAINTIFF**
**ADC# 173141**

v.                                        Case No. 4:19-cv-00533-KGB

**CARRIE ROBERTSON,** *et al.*                                                          **DEFENDANTS**

## ORDER

Plaintiff John Webb, who was in custody at the Saline County Detention Center when he filed this action, filed a complaint pursuant to 42 U.S.C. § 1983 alleging violations of his federally protected rights (Dkt. No. 1). On December 19, 2019, the Court entered an Order directing that Mr. Webb submit either the statutory filing fee of $400.00 or a properly completed Application to Proceed Without Prepayment of Fees and Affidavit, with the required calculation sheet signed by an authorized official of the facility at which he is confined, within 30 days of entry of the Order (Dkt. No. 3). The Court advised Mr. Webb that his failure to do so could result in the dismissal of his lawsuit (*Id.*). Local Rule 5.5(c)(2) of the United States District Court for the Eastern and Western Districts of Arkansas ("If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice.").

As of the date of this Order, Mr. Webb has not complied with this Court's prior Order, and the time for doing so has passed. The Court also notes that mail from the Court to Mr. Webb at his address of record has been returned as undeliverable (Dkt. No. 4). It appears that Mr. Webb changed addresses without updating his information with the Court, as required.

For the reasons described above, the Court dismisses this case without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal of this Order and accompanying Judgment would not be taken in good faith.

So ordered this 19th day of January, 2021.

*[signature]*
Kristine G. Baker
United States District Judge