IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOHN WEBB**                                                                        **PLAINTIFF**
**ADC# 173141**

v.                       Case No. 4:19-cv-00533-KGB

**CARRIE ROBERTSON**, *et al*.                                    **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff John Webb's complaint is dismissed without prejudice. The relief sought is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

So adjudged this 19th day of January, 2021.

                                                                Kristine G. Baker
                                                               United States District Judge